**Electronically Filed
Supreme Court
SCMF-12-0000538
22-SEP-2025
02:29 PM
Dkt. 244 NP**

SCMF-12-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the
JULY 2025 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAIʻI

<u>NOTICE OF PASSING THE HAWAIʻI BAR EXAMINATION</u>

The applicants listed below are hereby notified that each has passed the

July 2025 Hawaiʻi examination for admission to the Bar of the State of Hawaiʻi, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawaiʻi

(RSCH):

Talia Nalani Abrams
Ikaika John Kualii Agard
Brandon Noah Calica Ajari
Daniel Francis Alper
Nicholas Jake Anderson
Angie Taylor Padilla Anderson
Kimi Emiko Elizabeth Andrew
Katelyn Ann Atanasio
Koren Elizabeth Banbury
Jamie Junyoung Bang
Andres Enrique Borroto
Matthew Theodore Brokaw
Chiemi Jan Bryant
Lauren Elizabeth Carson
Joshua Michael Yoshio Casey
Anthony Chen
Alana Rika Chimes
Claire Eleanor Cockrell
Samson Friedman Cohen
Lauree Anne Shigemi De Mattos
Lara Veronica Pante Deguzman

Alexys Teiler San Nicolas Delgado
Maile Edwards
Erika Joleen Romero Elona
Chad Richard Fears
Emily Kamauliolahiwahiwaakepilino
    Fong
Elizabeth Anne French
Graciela Alejandra Fuller
Edward Bohatch Gaus
Derik Goatson
Dylan Kaʻaumoana Whitney Goodale
Daniel Bernard Graner
Olivia Daria Grodzka
Carissa Kanoelani Kippen Gusman
Jenna Leigh Hanohano
Justin James Hart
Jamieson Thomas Kawika Hideo
    Hirayama
Christine Elizabeth Homer
Lindsey Anne Hostetter
Kirk Charles Hubbard, IV

Jiayi Ji
Alyssa May Johnson
Paris Kalei Johnson
Alana Sanford Davis Johnson
Elizabeth Marie Jones
Michael Akira H. Kanemori
Scott David Kennedy
Monica La Keo-Newton
Martha Claire Kidd
Tammy Tae Me Kim
Keely Emiko Denise Kitamura
Lu Kline
Hugh Kojima
Michael Curtis Kron
Jacob Leonard Leclerc
Seok Jong Lee
Andy Zi Hao Lei
Krista Nicole Warrick Lewis
Tina Emily Brandt Loos
Lara Miyuki Matsumoto
Abigail Kanahele Mawae
Brenda Oriana McCallum
Cheyenne Renee McKee
Emily Tsurue Yamashiro McKenna
Lauren Kathleen Miller
Leee Phuong Miyahira
Evan Haruo Miyaki, Jr.
Landen Michael Lawrence Moran
Maribel McCargo Moses
Cambrie Mailani Su Lin Motooka
Wendy Keiko Nishimi Mun
Jay Michael Narimatsu
Alyssa Elaine Neri
Craig Kiyoshi Okahara-Olsen
Candace Sachiko Okouchi
Emma Bernice Palmer
Justine Sung-Hee Park
Taylor Michelle Perrodin
Sara Elizabeth Perry
Krystal Holly Piceno
Morgan Uilani Yuri Plunkett
Paige Silva Prado
Lauren Elizabeth Pyle

Dana Catherine Quealy
Michael Lee Wang Robichaux
Camille Mariko Rockett
Christopher John Rogers
Cara Jessica Rozzi
Christopher Andrew Ruch
Shiraaz Ali Salim
Emily Lee Sarasa
Victoria Elizabeth Ami Shirriff
Jeffrey Nelson Sloan
Sarah Anne Smith
Rebecca Elizabeth Sock
Marie Adelle Sonson
Namakaomakuakaneikeao Kaapuawaokamehameha Sproat-Hum
Edward Polsby Stern
Katy Ruth Stone
Devi Diana Stone Chung
Sydney Kilinahe Story
Brendon Taga
Lauren Maki Tamura
Malia Faith Taylor-Wolfe
Andrew Zheng Mitteness Teoh
Mary Trillo
Sara Tsai
Jennifer Emmie Tse
Dardecs Narciso Villanueva
Susan Miles von Herrmann
Rebecca Daniele Whetten
Jacob Harvey Williams
Noah Hideo Wilson
Ryan Franco Witthans
Kamehanaokala Ckyra Witthans
Michael Lowe Wu
Layce Terumi Yamauchi
Mary Hall Yanagihara
Owen Dennis Yeates
Alexander Patrick Young
Brianne Tolentino Zamora
Xiao Yi Zhao

Each applicant is reminded that, until all other requirements are met as set forth in RSCH Rule 1.3, and applicant has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may <u>not</u> engage in the practice of law in this jurisdiction.

DATED:  Honolulu, Hawaiʻi, Sepember 22, 2025.

BOARD OF EXAMINERS

By:     /s/ Elizabeth Zack

Its Secretary

